UNITED STATES BANKRUPTCY COURT
Nothern District of Georgia
Atlanta Division

IN RE:                                              )  CHAPTER 13
Jermaine Ricardo Dawson,                            )
     Debtor.                                      )  CASE NO. 10-98501 - MHM

## DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES

COMES NOW Debtor, and amends the Chapter 13 Schedules to provide the following:

1.

Debtor amends Schedules I & J of this Chapter 13 case, as attached, to more accurately reflect income & expenses.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,
KING & KING, P.C.

_____ /S/
Sarah L. Smith
Attorney for Debtor
GA Bar #225043
215 Pryor Street
Atlanta, GA 30303
(404)524-6400
ecf@kingandkingpc.com

B6I (Official Form 6I) (12/07)

In re   Jermaine Ricardo Dawson                                                Case No.   10-98501
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| Divorced | RELATIONSHIP(S):<br>None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | Interim Principal | |
| Name of Employer | Atlanta Public Schools | |
| How long employed | 4 years | |
| Address of Employer | 130 Trinity Avenue<br>Atlanta, GA 30303 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 7,778.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 7,778.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 1,453.00 | $ 0.00 |
|    b. Insurance | $ 341.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify)   See Detailed Income Attachment | $ 972.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,766.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,012.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,012.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,012.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      -NONE-

**B6I (Official Form 6I) (12/07)**

In re   Jermaine Ricardo Dawson                                                  Case No.   10-98501
                                                         Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| Teacher Retirement System | $ 611.00 | $ 0.00 |
| Child Support | $ 217.00 | $ 0.00 |
| STD | $ 82.00 | $ 0.00 |
| LTD | $ 27.00 | $ 0.00 |
| AFLAC | $ 35.00 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 972.00 | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re    Jermaine Ricardo Dawson                                        Case No.    10-98501
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 500.00 |
| a. Are real estate taxes included? | Yes ____    No _X_ | |
| b. Is property insurance included? | Yes ____    No _X_ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 450.00 |
| b. Water and sewer | | $ 160.00 |
| c. Telephone | | $ 70.00 |
| d. Other  See Detailed Expense Attachment | | $ 524.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 350.00 |
| 5. Clothing | | $ 150.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 200.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Ad Valorem | | $ 20.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 580.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  Personal Grooming | | $ 200.00 |
| Other  Child Care in addition to support | | $ 260.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,364.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    -NONE-

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 5,012.00 |
| b. | Average monthly expenses from Line 18 above | $ 4,364.00 |
| c. | Monthly net income (a. minus b.) | $ 648.00 |

**B6J (Official Form 6J) (12/07)**

In re    Jermaine Ricardo Dawson                                              Case No.    10-98501
                                                                                 _____
                                           Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 200.00 |
| Cable | $ | 174.00 |
| Internet | $ | 125.00 |
| Trash | $ | 25.00 |
| **Total Other Utility Expenditures** | $ | 524.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Jermaine Ricardo Dawson                                   ,    Case No.    10-98501
                              Debtor

                                                                        Chapter                13

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 23,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 31,161.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 174,271.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,012.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,364.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 23,600.00 | | |
| Total Liabilities | | | | 205,432.00 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

.

# United States Bankruptcy Court
## Northern District of Georgia

In re     Jermaine Ricardo Dawson                        ,        Case No.     10-98501

                                                        Debtor

Chapter                  13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,012.00 |
| Average Expenses (from Schedule J, Line 18) | 4,364.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,778.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 13,123.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 174,271.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 187,394.00 |

UNITED STATES BANKRUPTCY COURT
Nothern District of Georgia
Atlanta Division

IN RE:                                        ) CHAPTER 13
Jermaine Ricardo Dawson,                      )
          Debtor.                             ) CASE NO. 10-98501 - MHM

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____/S/_

Jermaine Ricardo Dawson

___3/15/2011_____

Date

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
Nothern District of Georgia
Atlanta Division

IN RE:                                    ) CHAPTER 13
Jermaine Ricardo Dawson,                  )
          Debtor.                         ) CASE NO. 10-98501 - MHM

### CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Amendment to Chapter 13 Schedules filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, N.W., Suite 200
Atlanta, GA 30303

Alamo Rent A car
c/o MARS
5810 E. Skelly Drive, Suite 20
Tulsa, OK 74135

Arrow Financial
c/o Dennis E. Henry
1427 Roswell Road
Marietta, GA 30062

City of Atlanta Water
City Hall South
55 Trinity Avenue
Atlanta, GA 30335-0330

Condor Capital
165 Oser Avenue
Hauppauge, NY 11788

Direct Loan SVC System
PO Box 5609
Greenville, TX 75403

First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD 57107

Georgia Department of Revenue
Customer Service
1800 Century Blvd. N.E.
Atlanta, GA 30345-3205

Georgia Natural Gas
P.O. Box 740544
Atlanta, GA 30374-0544

Georgia Power
96 Annex
Atlanta, GA 30396

Georgia Urology, PA
175 Country Club Drive #D
Stockbridge, GA 30281

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Paragon Emergency Physicians
c/o AR Resources Inc
P.O. Box 1056
Blue Bell, PA 19422

Perimeter North Family Medicin
PO Box 88309
Atlanta, GA 30356-8309

Protection Concepts LLC
c/o H & A Credit
2536 Rockbridge Rd, Ste 201
Stone Mountain, GA 30087

Santander Consumer USA
8585 N. Stemmon Freeway
Ste 11
Dallas, TX 75247

Scana Energy
3340 Peachtree Rd
Atlanta, GA 30326

Shyteesha Dawson
918 Hamilton E. Holmes Drive
Atlanta, GA 30318

Wachovia Bank
c/o RJM Acquisitions
575 Underhill Blvd. Suite 224
Syosset, NY 11791

Walton Electric
c/o Collection Services of Ath
PO Box 8048
Athens, GA 30603

Jermaine Ricardo Dawson
7652 Cole Lane
Atlanta, GA 30349

This 15th day of March, 2011.

By: _____ /S
King & King P.C.
Sarah L. Smith
Attorney for Debtor
GA Bar #225043
215 Pryor Street
Atlanta, GA 30303
(404)524-6400
ecf@kingandkingpc.com