UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.  10-98501 - MHM |
| JERMAINE RICARDO DAWSON, ) | |
| Debtor. ) | CHAPTER 13 |
| ) | |
| JERMAINE RICARDO DAWSON, ) | |
| Movant, ) | |
| ) | |
| v.  ) | |
| ) | **CONTESTED MATTER** |
| SANTANDER CONSUMER USA INC. ) | |
| DBA DRIVE FINANCIAL SERVICES, ) | |
| Respondent. ) | |

## ORDER DISALLOWING CLAIM

This matter arose upon the Debtor's *Objection to the claim of Santander Consumer USA, Inc.* ("Claimant"), filed December 27, 2012 [Doc. No. 41]. Claimant filed Claim No. 9 in the amount of $4,388.97 (the "Claim"), alleging that the Claim is secured by a certain 2005 Honda Accord. Debtor objected to Claim No. 9 because he surrendered his interest in the Vehicle through the confirmed Chapter 13 plan. Debtor also objected because the vehicle is being paid outside the bankruptcy by the co-debtor. Upon notice, the Objection was set for hearing February 21, 2013. No party appeared in opposition to Debtor's Objection to Claim; therefore, by default, it is hereby

**ORDERED** that the Objection to Claim is *sustained*: Claim No. 9 is

DISALLOWED.

**IT IS SO ORDERED** this 25th day of _February_____, 2013.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE


Order Prepared By:

_____
John Brookhuis
Georgia Bar Number 940484
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
ecf@kingandkingpc.com
Attorney for Debtor



No Opposition:

_____
Mandy K Campbell
Georgia Bar Number 142676
Office of Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, N.W., Suite 200
Atlanta, GA 30303
Staff Attorney

DISTRIBUTION LIST

Jermaine Ricardo Dawson
4023 Browne Court
Conley, GA 30288

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Santander Consumer USA, Inc.
dba Drive Financial Services
Attn.: Robert Flores, Agent
8585 N. Stemmons Fwy, Ste 1100-N
Dallas, TX 75247

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, N.W., Suite 200
Atlanta, GA 30303